UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT JAMES HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:23-cv-00169-JDL |
| | ) |
| STATE OF MAINE DEPARTMENT | ) |
| OF CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Robert James Hart, who is currently incarcerated as a pretrial detainee at the Androscoggin County Jail being held on state charges, seeks an injunction ordering his release from pretrial custody. Hart's request for an injunction was made in a status report dated November 25, 2023, he submitted (ECF No. 11) in response to the Order After Review of Plaintiff's Complaint (ECF No. 8) entered on May 17, 2023. United States Magistrate Judge John C. Nivison filed his Recommended Decision on Hart's request for an injunction on December 6, 2023 (ECF No. 12), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2023) and Fed. R. Civ. P. 72(b). In response, Hart filed an objection on December 26, 2023 (ECF No. 13).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 12) of the Magistrate Judge is hereby **ACCEPTED** and Plaintiff's motion for an injunction (ECF No. 11) is **DENIED**.

**SO ORDERED.**

**Dated this 12th day of January, 2024.**

                                                  /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**