UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT JAMES HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:23-cv-00169-NT |
| | ) |
| STATE OF MAINE DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On April 29, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision (ECF No. 18) on the Plaintiff's request for injunctive relief, which was contained in the Plaintiff's latest status report (ECF No. 16). The Plaintiff filed an objection to the Recommended Decision on May 13, 2024 (ECF No. 19). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the Plaintiff's request for emergency injunctive relief is **DENIED**. Per the Magistrate Judge's earlier order (ECF No. 17), the case will remain **STAYED** until further order of the Court. The Plaintiff is directed to notify the Court when the state court criminal matter is

resolved. If the matter is still unresolved as of July 26, 2024, the Plaintiff is directed to file a status report.

SO ORDERED.

                                              /s/ Nancy Torresen  
                                              United States District Judge

Dated this 22nd day of May, 2024.