## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ICE CASTLES, LLC, | ) |
|                Plaintiff, | ) |
| v. | ) Docket No. 2:21-cv-00154-NT |
| CAMERON CLAN SNACK CO., LLC, et al., | ) |
|                Defendants. | ) |

## ORDER

This patent infringement action was filed on June 14, 2021, and on October 21, 2021, Judge Levy stayed the action pending conclusion of the United States Patent and Trademark Office's reexamination of the patent at issue. Order (ECF No. 29). The matter has been stayed since then. In the parties' last status update on June 6, 2024, they informed the Court that the Plaintiff has appealed the patent examiner's Final Office Action to the Patent Trial and Appeal Board ("**PTAB**") and that the appeal is now fully briefed. Eighth Joint Status Update (ECF No. 42). On July 31, 2024, I held a conference of counsel and asked the parties to further update me on the status of the PTAB proceedings. They informed me that the earliest the PTAB proceedings would be resolved is likely six months to twelve months from now, and it could be significantly longer if the PTAB matter is then appealed to the Federal Circuit. The parties agreed that nothing further should happen in this case in the District of Maine while that occurs. There appearing to be no reason at this time to

maintain the file as an open case for court statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter. Should further proceedings in this matter become necessary or desirable, any party may initiate them by filing a motion to reopen the case. After reopening, the matter will proceed in the same manner as if this Order had not been entered.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 31st day of July, 2024.