# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT JAMES HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:23-cv-00169-NT |
| ) | |
| STATE OF MAINE DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 2, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 30) on the Plaintiff's complaint. The Magistrate Judge recommended that, unless the Plaintiff filed a report regarding the status of his state court criminal matter within fourteen days, the Court should dismiss the matter. The time within which to file that report or objections to the Recommended Decision has expired and nothing has been filed. The Magistrate Judge notified the parties that failure to timely object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 27th day of June, 2025.